

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF A. S. M., A CHILD, | § | No. 08-19-00212-CV |
| | § | Appeal from the |
| Appellant. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2004CM737) |

# **O R D E R**

Pending before the Court is a motion to withdraw counsel filed by James Lucas. The motion is GRANTED. The Court has changed its records to reflect that Appellant, Rogelio Marquez, will be receiving notices directly.  If Appellant should retain new counsel, new counsel is instructed to file an entry of appearance with this Court as soon as possible.

IT IS SO ORDERED this 9th day of July, 2021.

PER CURIAM

Before Palafox, J., Alley, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment